UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ERDEN ARKAN,

                Defendant.

**NOTICE OF INTENT TO FILE AN INFORMATION**

25 CRIM 013

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of Indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Furthermore, I have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and Judge Garnett is recused from this matter.

Dated: New York, New York
         December 20, 2024

                                EDWARD Y. KIM
                                Acting United States Attorney

By: _____
     Hagan Scotten
     Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
     Jonathan Rosen, Esq.
     *Request for Admission Pro Hac Vice Intended*
     Attorney for Erden Arkan